**Dwight Xavier JONES, Plaintiff—Appellant,**

v.

**CORRECTIONAL CARE SOLUTIONS; Dennis A. Tracy; Sergeant Klausen, Lexington County Detention Center; NFN Micken, Lexington County Detention Center: James R. Metts, Lexington County Sheriff's Department, Defendants—Appellees,**

**and**

**Lexington County Sheriff's Department, LcManet; Lexington County Detention Center, Defendants.**

**No. 10–7111.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 6, 2010.

Dwight Xavier Jones, Appellant Pro Se. Amanda R. Maybank, Maybank Law Firm, LLC, Charleston, South Carolina; Daniel C. Plyler, Davidson, Morrison & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwight Xavier Jones appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Corr. Care Solutions,* No. 0:09–cv–00269–HMH, 2010 WL 2926178 (D.S.C. July 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*